# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 16, 2010

Marilyn Kelly,
Chief Justice

139980

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LAURA J. POWERS,
       Plaintiff-Appellant,

v

                               SC: 139980
                               COA: 291934

PIONEER RESOURCES, INC.,
       Defendant-Appellee.
                               WCAC: 05-000073

_____/

On order of the Court, the application for leave to appeal the October 2, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 16, 2010

0413

_____
Clerk